UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____
MAGISTRATE JUDGE: _____

TAHIMY SANTANA,

    Plaintiff,

v.

AMERICAN SALES
AND MANAGEMENT ORGANIZATION, LLC,
A Florida limited liability company,

    Defendant.
_____/

## **NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant, AMERICAN SALES AND MANAGEMENT ORGANIZATION, LLC, (hereinafter "Defendant"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1441 (a), 1446, 1331, and 1367 (a) hereby file this Notice of Removal of this action to the United States District Court for the Southern District of Florida. The removal of this action is premised upon the following:

1.    This is a Notice of Removal of an action filed by Plaintiff TAHIMY SANTANA (hereinafter "Plaintiff") in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No.: 2019-009533-CA-01, on or about April 5, 2019 (the "State Court Action). Copies of all process, pleadings and orders served on Defendant in the state court to date are attached hereto as **Exhibit A** and are incorporated herein by reference.

2. Plaintiff's Complaint alleges causes of action under the Fair Labor Standards Act, 29 U.S.C. § 201-219 *et. seq.* ("FLSA") in Count I ¶¶ 17-26 and FLSA Retaliation Violation 29 U.S.C. §215(a)(3) in Count II ¶¶ 27 -31.

3. Pursuant to 28 U.S.C. § 1331, the district courts shall have original jurisdiction of all civil actions arising under the laws of the United States. Thus, this Court has original jurisdiction over Plaintiff's claims arising under 29 U.S.C. § 201 *et. seq.* and this action is therefore removable under 28 U.S.C. § 1441 (a).

4. Accordingly, Defendant respectfully submits that this Court should assume original jurisdiction over Plaintiff's federal cause of action under the FLSA.

5. PLEASE TAKE NOTICE that Defendant, AMERICAN SALES AND MANAGEMENT ORGANIZATION, LLC, was served with the Complaint and Summons on April 18, 2019, and Defendant, by and through their undersigned Counsel consent to removal. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), and Rule 6(a)(6) Fed. Rule Civil Pro. in that it is filed within thirty (30) days from the date on which Plaintiff served process on Defendant.

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal has been filed with the Clerk of the Circuit Court, Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B.**

7. Defendant has complied with all of the requirements for removal under Title 28 of the United States Code, and this Court has jurisdiction over all the parties, and their territorial jurisdiction embraces the place where the state court action is pending.

WHEREFORE, Defendant hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the U.S. District Court for the Southern District of Florida.

Dated: **May 7, 2019**              Respectfully submitted,

                                              /s/ Susan Potter Norton
                                              Susan Potter Norton
                                              Florida Bar No.: 0201847
                                              snorton@anblaw.com
                                              ALLEN, NORTON & BLUE, P.A.
                                              121 Majorca Avenue, Suite 300
                                              Coral Gables, Florida 33134
                                              Telephone: (305) 445-7801
                                              Facsimile: (305) 442-1578
                                              Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed electronically and was sent by email this 7th day of May, 2019 upon:

Peter M. Hoogerwoerd, Esq.
Fla. Bar No.: 0188239
pmh@rgpattorneys.com
Nathaly Saavedra, Esq.
Fla. Bar No. 118315
ns@rgpamorneys.com
Carlos D. Serrano, Esq.
Fla. Bar No. IO10125
cs@rgpattorneys.com
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Tel: (305) 416-5000
Fax: (305) 416-5005
Counsel for Plaintiff

                                              /s/ Susan Potter Norton

SPDN-868764429-2583448

4

Attorney