**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE 19-cv-21835-UU**

TAHIMY SANTANA,

      Plaintiff (s),

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC,
a Florida limited liability company

      Defendant (s).                 /

**MEDIATOR'S REPORT**

      DANA M. GALLUP, the undersigned certified Mediator, reports to this Honorable Court that the Mediation in the referenced case was held **September 11, 2019**, at **10:00 a.m.** The results of the mediation conference are as follows:

X      All required parties were present *or*

_____      The following required parties were not present _____

X      An Agreement was reached (parties will file the agreement for court approval).

_____      A settlement agreement was reached following mediation.

_____      No agreement was reached.

_____      A partial agreement was reached.

_____      The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

_____      The parties have agreed to continue negotiations with the assistance of the mediator. If no further Report of Mediation is filed on or before _____, the Court shall presume that NO AGREEMENT was reached.

                 **DANA M. GALLUP, ESQ.**
                 4000 Hollywood Boulevard
                 Presidential Circle-Suite 265 South
                 Hollywood, Florida 33021
                 t:  954.894.3035; f: 954-894.8015
                 E-Mail: dgallup@gallup-law.com

                 By: /s/ Dana M. Gallup _____
                    DANA M. GALLUP
                    Florida Bar No.: 0949329
                    ME No. 15976 CR

Copies to: Counsel/Parties of Record