IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-21835-JJO

TAHIMY SANTANA,

    Plaintiff,
v.

AMERICAN SALES AND
MANAGEMENT ORGANIZATION, LLC,
a Florida Limited Liability Company,

    Defendant.
_____/

**ORDER GRANTING JOINT MOTION FOR IN CAMERA INSPECTION
OF SETTLEMENT AGREEMENT**

THE COURT having reviewed the parties' *Joint Motion for In Camera Inspection of Settlement Agreement*, and the Court being otherwise fully advised in the premises, it is ORDERED and ADJUDGED as follows:

The Joint Motion for In Camera Inspection of Settlement Agreement is hereby GRANTED. The Parties shall submit the settlement agreement for *in camera* inspection via e-mail to o'sullivan@flsd.uscourts.gov.

DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, this _____ day of _____, 2019.

                                                                                _____
                                                                                United States Magistrate Judge

Copies to:    Peter Michael Hoogerwoerd pmh@rgpattorneys.com
                      Susan Potter Norton snorton@anblaw.com.

SPDN-868764429-2607812